

# Fourth Court of Appeals
## San Antonio, Texas

August 26, 2020

No. 04-20-00360-CV

**IN THE INTEREST OF A.B.G., A.N.G., CHILDREN**

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 19-467
Honorable Kelley Kimble, Judge Presiding

## O R D E R

A copy of appellant's notice of appeal was filed in this court on July 16, 2020. On July 16, 2020, this court informed appellant in writing that (1) a filing fee of $205 and (2) an amended notice of appeal were due no later than July 31, 2020. The filing fee has not been paid and our record contains no evidence that appellant is excused by statute or rule from paying the filing fee. *See* TEX. R. APP. P. 5, 20. Also, an amended notice of appeal has not been filed.

It is therefore ORDERED that appellant show cause in writing **no later than September 10, 2020** that either: (1) the filing fee has been paid; or (2) appellant is entitled to appeal without paying the filing fee. If appellant fails to respond within the time provided, this appeal will be dismissed for failure to pay the filing fee. *See* TEX. R. APP. P. 5, 42.3(c). Appellant is also ORDERED to file an amended notice of appeal **no later than September 10, 2020.**

All other appellate deadlines are suspended pending the payment of the filing fee.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of August, 2020.



_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court